01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                             AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )    CASE NO. MJ 10-552
09            Plaintiff,               )
                                       )
10       v.                            )    DETENTION ORDER
                                       )
11  GARY NATHANIEL GATEWOOD, JR.       )
                                       )
12            Defendant.               )
    _____ )

13

14  <u>Offense charged</u>:       Felon in Possession of a Firearm

15  <u>Date of Detention Hearing</u>:   January 5, 2011

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21          (1)     Defendant, having been previously convicted of the felonies of Possession of

22  Stolen Property in the First Degree, Possession of Marijuana with the Intent to Deliver,

DETENTION ORDER                                                          PAGE 1

01  Possession of Ecstacy (MDMA), and Possession of Cocaine, is charged with possessing a .32

02  caliber semi-automatic pistol in violation of 18 U.S.C. Section 922(g)(1).

03          (2)     The Complaint alleges that defendant was arrested in connection with alleged

04  threats with a gun on July 1, 2009.  Defendant has been in state custody on charges related to that

05  incident since approximately that date.  Defense counsel proffers that the complainant in that

06  incident has recanted.  According to the Complaint, the firearm which defendant is alleged to

07  have possessed is connected to him by a DNA analysis.  Defendant disputes the accuracy of the

08  DNA results.

09          (3)     Defendant has a significant criminal history which includes numerous failures to

10  appear, as well as bench warrant activity, although defendant proffers that the currently active

11  bench warrants were issued when defendant failed to appear due to incarceration.  His criminal

12  history includes failures to comply with court orders, including the commission of assaults,

13  threatening a victim, failing to obey the prohibition against possessing firearms, failing to report,

14  moving without permission, failing to provide a valid address, and being outside of geographic

15  boundaries.

16          (4)     There does not appear to be any condition or combination of conditions that will

17  reasonably assure the defendant's appearance at future Court hearings while addressing the

18  danger to other persons or the community.

19  It is therefore ORDERED:

20          (1)     Defendant shall be detained pending trial and committed to the custody of the

21                  Attorney General for confinement in a correction facility separate, to the extent

22                  practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER                                                                      PAGE 2

01      pending appeal;

02      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

03               counsel;

04      (3)      On order of a court of the United States or on request of an attorney for the

05               Government, the person in charge of the corrections facility in which defendant

06               is confined shall deliver the defendant to a United States Marshal for the purpose

07               of an appearance in connection with a court proceeding; and

08      (4)      The clerk shall direct copies of this Order to counsel for the United States, to

09               counsel for the defendant, to the United States Marshal, and to the United States

10               Pretrial Services Officer.

11      DATED this 5th day of January, 2011.

12

13                                        _____
                                          Mary Alice Theiler
14                                        United States Magistrate Judge

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              PAGE 3